THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHNNY A. ROBERTS, Defendant-Appellant.

(No. 57211;

First District (2nd Division)—May 29, 1973.

PER CURIAM.
HAYES, J., took no part.

Paul R. Bradley, of Defender Project, of Chicago, (Kenneth L. Jones, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman, Assistant State's Attorney, of counsel,) for the People.